IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE JACKSON O'BERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.K. BOGARD and J. A. )<br>WELLS, individually and in )<br>their official capacity as )<br>police officers of the )<br>City of Montgomery Police )<br>Department, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:17cv476-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit alleging that defendants violated her Fourth Amendment rights by unlawfully arresting her. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of November, 2017.

 /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE