# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNIE MAE JACKSON        )
O'BERRY,                   )
                           )
       Plaintiff,          )
                           )      CIVIL ACTION NO.
       v.                  )        2:17cv476-MHT
                           )           (WO)
J.K. BOGARD and J. A.      )
WELLS, individually and in )
their official capacity as )
police officers of the     )
City of Montgomery Police  )
Department,                )
                           )
       Defendants.         )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 20) is adopted.

(2) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of November, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE